*E-Filed 12/2/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALI ABDULLA MUNASAR,

        Plaintiff,

  v.

ALASKA TANKER COMPANY, LLC,

        Defendant.
_____/

No. C 11-04044 RS

**CASE MANAGEMENT SCHEDULING ORDER**

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on December 1, 2011. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

    1. ALTERNATIVE DISPUTE RESOLUTION.

    MEDIATION. The parties have agreed to participate in private mediation. The parties shall promptly notify the Court whether the case is resolved at the mediation.

    2. DISCOVERY.

    On or before June 22, 2012, all non-expert discovery shall be completed by the parties. Discovery shall be limited as follows: (a) ten (10) non-expert depositions per party; (b) twenty-five

(25) interrogatories per party, including all discrete subparts; (c) a reasonable number of requests for production of documents or for inspection per party; and (d) a reasonable number of requests for admission per party.

    3.     EXPERT WITNESSES. The disclosure and discovery of expert witness opinions shall proceed as follows:

    A. On or before July 6, 2012, plaintiff shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    B. On or before July 20, 2012, defendant shall disclose expert testimony and reports in accordance with Federal Rule of Civil Procedure 26(a)(2).

    C. On or before August 3, 2012, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

    4.     PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than August 9, 2012.

    5.     PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before September 13, 2012 counsel shall file a Joint Pretrial Statement.

    6.     PRETRIAL CONFERENCE. The final pretrial conference will be held on **September 27, 2012 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

    7.     TRIAL DATE. Trial shall commence on **October 9, 2012 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

    IT IS SO ORDERED.

CASE MANAGEMENT SCHEDULING ORDER

DATED: 12/2/11

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER