IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI ABDULLA MUNASAR, | No. C 11-04044 RS |
| Plaintiff, | **CASE MANAGEMENT SCHEDULING ORDER** |
| v. | |
| ALASKA TANKER COMPANY, LLC, | |
| Defendant. | |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 28, 2012. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, all previously set discovery deadlines and pretrial and trial dates are hereby vacated. It is further ordered that:

1. DISCOVERY. On or before November 2, 2012, all non-expert discovery shall be completed by the parties.

2. EXPERT WITNESSES. On or before November 30, 2012, all expert discovery shall be completed by the parties.

3. PRETRIAL MOTIONS. All pretrial motions must be filed and served pursuant to Civil Local Rule 7. All pretrial motions shall be heard no later than December 13, 2012.

4. PRETRIAL STATEMENTS. At a time convenient to both, counsel shall meet and confer to discuss preparation of a joint pretrial statement, and on or before January 3, 2013 counsel shall file a Joint Pretrial Statement.

5. PRETRIAL CONFERENCE. The final pretrial conference will be held on **February 14, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Each party or lead counsel who will try the case shall attend personally.

6. TRIAL DATE. Trial shall commence on **February 25, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED: 7/2/12

_____
RICHARD SEEBORG
United States District Judge