**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALI ABDULLA MUNASAR, | No. C 11-04044 RS |
| Plaintiff, | |
| v. | **ORDER** |
| ALASKA TANKER COMPANY, LLC, | |
| Defendant. | |

The currently scheduled date for submission of a pre-trial statement shall be vacated. A Further Case Management Conference shall be scheduled for Thursday, **January 24, 2013** at 10:00 a.m. in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California. Parties may request to appear telephonically. Defense counsel is reminded that Mr. Berschler has withdrawn from his representation of Mr. Munasar and, at this time, Mr. Munasar represents himself. Accordingly, defense counsel has an obligation to be in communication with Mr. Munasar.

IT IS SO ORDERED.

Dated: 1/15/13

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 11-04044 RS
ORDER