IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ALI ABDULLA MUNASAR,

        Plaintiff,

  v.

ALASKA TANKING COMPANY, LLC,

        Defendant.
_____/

No. C 11-04044 RS

**CASE MANAGEMENT SCHEDULING ORDER**

     Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a Case Management Conference on June 27, 2013. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

     1.     ALTERNATIVE DISPUTE RESOLUTION.

     PRIVATE MEDIATION. The parties have agreed to participate in private mediation on August 9, 2013.

     2.     DISCOVERY DISPUTES. Discovery disputes will be referred to a Magistrate Judge. After the parties have met and conferred, the parties shall prepare a joint letter of not more than 8 pages explaining the dispute. Up to 12 pages of attachments may be added. The

joint letter must be electronically filed under the Civil Events category of "Motions and Related Filings >Motions--General > Discovery Letter Brief."  The Magistrate Judge to whom the matter is assigned will advise the parties of how that Judge intends to proceed.  The Magistrate Judge may issue a ruling, order more formal briefing, or set a telephone conference or a hearing.  After a Magistrate Judge has been assigned, all further discovery matters shall be filed pursuant to that Judge's procedures.

3.   EXPERT WITNESSES.  The disclosure and discovery of expert witnesses shall proceed as follows:

A.  On or before August 16, 2013, parties will designate experts in accordance with Federal Rule of Civil Procedure 26(a)(2).

B.  On or before August 29, 2013, all discovery of expert witnesses pursuant to Federal Rule of Civil Procedure 26(b)(4) shall be completed.

4.   DISPOSITIVE MOTIONS.  All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7.  All dispositive motions shall be heard no later than **August 29, 2013**.

5.   PRETRIAL CONFERENCE.  The final pretrial conference will be held on **September 19, 2013 at 10:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.  Each party or lead counsel who will try the case shall attend personally.

6.   TRIAL DATE.  A jury trial shall commence on **September 30, 2013 at 9:00 a.m.**, in Courtroom 3, 17th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

IT IS SO ORDERED.

DATED:   6/27/13

_____
RICHARD SEEBORG
United States District Judge

CASE MANAGEMENT SCHEDULING ORDER

2