1  Emard Danoff Port Tamulski & Paetzold LLP
   James J. Tamulski (60915)
2  Talcott N. Bates (245374)
   49 Stevenson Street, Suite 400
3  San Francisco, CA  94105
   Telephone:      (415) 227-9455
4  Facsimile:      (415) 227-4255
   E-Mail:         jtamulski@edptlaw.com
5                  tbates@edptlaw.com

6  Attorneys for Defendant
   ALASKA TANKER COMPANY, LLC
7
   Brodsky Micklow Bull & Weiss LLP
8  Edward M. Bull, III (State Bar # 141996)
   384 Embarcadero West, Suite 200
9  Oakland, CA 94607
   Telephone:      (510) 268-6180
10 Facsimile:      (510) 268-6181
   E-Mail:         ebull@bmbwlawfirm.com
11
12 Attorneys for Plaintiff
   ALI ABDULLA MUNASAR
13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16 | ALI ABDULLA MUNASAR,              | Case No.:  C-11-04044 RS

17 |             Plaintiff,             | **STIPULATION AND [~~PROPOSED~~]**
                                          **ORDER FOR DISMISSAL OF ACTION**
18 |        vs.                        | **WITH PREJUDICE**

19 | ALASKA TANKER COMPANY, LLC        |

20 |             Defendant,            |

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~ ORDER] FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No.: C-11-04044 RS

1      Plaintiff ALI ABDULLA MUNASAR and Defendant ALASKA TANKER COMPANY,

2   LLC hereby stipulate pursuant to FRCP Rule 41(a) and request the Court to order this action be

3   fully dismissed with prejudice, each party to bear its own attorneys fees and costs.

4

5   Dated:  August 27, 2013          EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

6

7                                    By_____/s/ James J. Tamulski_____
                                     James J. Tamulski
8                                    Attorneys for Defendant
                                     Alaska Tanker Company, LLC

9

10  Dated:  August 27, 2013          BRODSKY MICKLOW BULL & WEISS LLP

11

12                                   By_____/s/ Edward M. Bull, III_____
                                     Edward M. Bull, III
13                                   Attorneys for Plaintiff
                                     Ali Abdulla Munasar

14

15                             **CERTIFICATE OF SIGNATURES**

16      I, James J. Tamulski, attest that the content of this document is acceptable to Edward M.

17  Bull, III, and that he authorized me to sign the document on his behalf.

18                                   By_____/s/ James J. Tamulski_____
                                     James J. Tamulski

19

20                             **[~~PROPOSED~~] ORDER**

21  IT IS SO ORDERED.

22

23  Dated:  ___8/27_____, 2013

24                                   _____
                                     Richard Seeborg
                                     U.S. District Judge

25

26

27

28

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

STIPULATION AND [~~PROPOSED~~ ORDER] FOR DISMISSAL OF ACTION WITH PREJUDICE
Case No.: C-11-04044 RS